| | |
|---|---|
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>Eve H. Karasik, CA SBN 155356<br>[admitted *pro hac vice*]<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>(310) 229-1234<br>ehk@lnbyg.com<br><br>POLSINELLI PC<br>Jane Pearson, WSBA #12785<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br>(206) 393-5415<br>jane.pearson@polsinelli.com<br><br>*Conflicts Counsel for Harbor Custom Development, Inc., Belfair Apartments, LLC and Pacific Ridge CMS, LLC* | The Honorable Mary Jo Heston<br>Chapter 11 |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re<br><br>HARBOR CUSTOM DEVELOPMENT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-42180-MJH<br>(Jointly Administered) |

---

[1] The Debtors and their case numbers are: Harbor Custom Development, Inc. (Lead Case); Belfair Apartments, LLC (23-42181); HCDI at Semiahmoo LLC (23-42183); Beacon Studio Farms LLC (23-42184); HCDI Bridge View, LLC (23-42187); HCDI FL Condo LLC (23-42188); Pacific Ridge CMS, LLC (23-42189), and Tanglewilde, LLC (24-40232).

NOTICE OF DISMISSAL - 1

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

| | |
|---|---|
| HARBOR CUSTOM DEVELOPMENT, INC.; BELFAIR APARTMENTS, LLC; and PACIFIC RIDGE CMS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SOUND CAPITAL CONSTRUCTION FUND, LLC; SOUND EQUITY HIGH INCOME DEBT FUND, LLC; SOUND CAPITAL LOANS, LLC; ATHENE ANNUITY AND LIFE COMPANY; and DOES I THROUGH X<br><br>Defendants. | Adversary No. 24-04037-MJH<br><br>NOTICE OF DISMISSAL |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Bankruptcy Rule 7041, Plaintiffs Harbor Custom Development, Inc., Belfair Apartments, LLC, and Pacific Ridge CMS, LLC, hereby dismiss this action with prejudice.

Dated: July 22, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Eve H. Karasik*
Eve H. Karasik (admitted *pro hac vice*)
2818 La Cienega Ave.
Los Angeles, CA 90034
(310) 229-3350
EHK@lnbyg.com

POLSINELLI PC

*/s/ Jane Pearson*
Jane Pearson, WSBA No. 12785
1000 Second Ave., Ste 3500
Seattle, WA 98105
(206) 393-5415
Jane.pearson@polsinelli.com

*Conflicts Counsel for Harbor Custom Development, Inc., Belfair Apartments, LLC, and Pacific Ridge CMS, LLC, Chapter 11 Debtors and Debtors in Possession*

NOTICE OF DISMISSAL -2

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

Case 24-04037-MJH    Doc 6    Filed 07/22/24    Ent. 07/22/24 11:37:09    Pg. 2 of 2